IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Criminal Case No.:  09-mj-00067-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP E. BRITO,

    Defendant.

---

**ORDER RE: DEFENDANT'S REQUEST TO SET TRIAL TO COURT
FOR CHANGE OF PLEA**

---

The Court, after review of Defendant's Notice of Disposition and Request to Set for Entry of Plea (docket # 16) and review of the Court's file, hereby

**GRANTS** Defendant's motion.  Trial to Court set for May 20, 2010 at 9:30 a.m. is hereby **VACATED.**

This matter is set for Change of Plea on May 20, 2010 at 9:30 a.m.

Dated this 17th day of May, 2010.

                BY THE COURT

                s/Laird T. Milburn
                _____
                Laird T. Milburn
                United States Magistrate Judge